

**KUDULIS
REISINGER
PRICE**

2000 SouthBridge Parkway, Suite 415 • Birmingham, Alabama 35209
P.O. Box 653 • Birmingham, Alabama 35201 • (205) 263-2798

www.krpfirm.com

October 2, 2019

Current Creditor:     South Atlantic Federal Credit Union
Customer Account #:   5358.001
Balance Owed:         $5135.28

Dear Sir/Madam:

This Firm has been retained by South Atlantic Federal Credit Union to recover the balance owed on the above-referenced loan/account. Due to your failure to make the regular installment payments as they have become due – this account is now in default. The entire balance owed is presently due, and demand is hereby made for payment of the entire balance owed.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

All payments must be made by personal check, money order, or certified check, payable to K.R.P. Law Firm, LLC, and mailed to the P.O. Box address listed above.  If you have filed for bankruptcy after incurring this debt, and/or you are currently involved in a bankruptcy proceeding – please disregard this letter in its entirety.

**All further communications should be with this firm only by contacting our offices at (205) 263-2798 or by email to rmorgan@krpfirm.com.** Please contact this firm at your earliest convenience if you would like to discuss payment arrangements, or if you have any questions regarding this correspondence. This is an attempt to collect a debt, and any information obtained will be used solely for the purpose of debt collection.

We trust that this letter will warrant your considered attention.

Very truly yours,

**Kudulis, Reisinger, & Price, LLC**

---

Current Creditor:     South Atlantic Federal Credit Union
Customer Account #:   5358.001
Balance Owed:         $5135.28

**John R Luca**
6270 NW 41st Terr
Coconut Creek FL 33073



**KUDULIS REISINGER PRICE**

2000 SouthBridge Parkway, Suite 415 • Birmingham, Alabama 35209
P.O. Box 653 • Birmingham, Alabama 35201 • (205) 263-2798

www.krpfirm.com

October 30, 2019

Current Creditor:     South Atlantic Federal Credit Union
Customer Account #:   5358.001
Balance Owed:         <u>$5135.28</u>

Dear Sir/Madam:

This letter is to provide a SECOND AND FINAL notice regarding your loan balance with South Atlantic Federal Credit Union. Because of your failure to make payments as they have become due, the account is now in default. The entire balance owed is now immediately due, and demand is hereby made for payment of the full balance owed.

**Unless you contact this office within 7 days from the date of this notice – <u>THIS FIRM WILL RECOMMEND FILING SUIT AGAINST YOU IN STATE COURT, FOR ALL PAST DUE AMOUNTS, PLUS INTEREST, ATTORNEY FEES, AND COURT COSTS.</u>**

All further communications should be with this office only by contacting our law firm at (205) 263-2798 or by email at rmorgan@krpfirm.com

Please contact our office so that we can discuss payment options or if have you have any questions regarding this correspondence.

We trust this letter will warrant your considered attention.

Very truly yours,

Kudulis, Reisinger, & Price, LLC

---

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

Current Creditor:     South Atlantic Federal Credit Union
Customer Account #:   5358.001
Balance Owed:         <u>$5135.28</u>

**John R. Luca**
6270 NW 41st Terr
Coconut Creek FL 33073